LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

W. SCOTT ZANZIG, ISB #9361
BRIAN V. CHURCH, ISB # 9391
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
scott.zanzig@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GREGORY GRAF, an individual, MARGUERITE SHAW, an individual, SUELLEN CARMAN, an individual, STEVEN THYBERG, an individual, and CAROLYN DESSIN, an individual, <br><br> Plaintiffs, <br> v. <br><br> CHAD CHRISTENSEN, Idaho State Representative for Legislative District 32B and Candidate for Legislative District 35B, <br><br> Defendant. | Case No. 4:22-cv-00212-REP <br><br> **DECLARATION OF CHAD CHRISTENSEN** |

I, Chad Christensen, declare as follows:

     1.    I am over 18 years of age and competent to make the statements in this declaration, all of which are based on my personal knowledge.

     2.    I am currently serving a term as a member of the Idaho House of Representatives, representing Legislative District 32.  My term ends November 30, 2022.

     3.    Earlier this year, I ran in the Republican Primary to secure the Republican

DECLARATION OF CHAD CHRISTENSEN - 1

nomination to retain my seat, although now representing Legislative District 35.  My campaign was not successful, so I did not win the Republican nomination to run in the general election.

4. I maintain a Facebook page, "Re-Elect Rep. Chad Christensen".  Plaintiffs filed this lawsuit after I blocked them from the page.  On July 20, 2022, I unblocked all the plaintiffs, so they now have access to the page.  I will not block them from the page through the end of my term in office, November 30, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 27, 2022

           /s/ Chad Christensen
CHAD CHRISTENSEN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jared W. Allen
BEARD ST. CLAIR GAFFNEY PA
allen@beardstclair.com

           /s/ W. Scott Zanzig
W. SCOTT ZANZIG
Deputy Attorney General

DECLARATION OF CHAD CHRISTENSEN - 2