LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

W. SCOTT ZANZIG, ISB #9361
BRIAN V. CHURCH, ISB # 9391
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
scott.zanzig@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREGORY GRAF, an individual, MARGUERITE SHAW, an individual, SUELLEN CARMAN, an individual, STEVEN THYBERG, an individual, and CAROLYN DESSIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD CHRISTENSEN, Idaho State Representative for Legislative District 32B and Candidate for Legislative District 35B, <br><br> Defendant. | Case No. 4:22-cv-00212-REP <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS (Dkt. 6)** |

Defendant Chad Christensen hereby notifies the Court that he is withdrawing his Motion to Dismiss (Dkt. 6). The motion was based on the fact that Plaintiffs' claims became moot when Representative Christensen unblocked them from his Facebook page. Circumstances have now changed. Representative Christensen re-blocked Plaintiffs due to their harassing behavior.

/ / /

/ / /

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS - 1

Representative Christensen is therefore withdrawing his motion, and will promptly file an answer to the complaint within ten days.

DATED this 19th day of September 2022.

                                                STATE OF IDAHO
                                                OFFICE OF THE ATTORNEY GENERAL

                                    By:  /s/ *W. Scott Zanzig*
                                             W. SCOTT ZANZIG
                                             Deputy Attorney General

---

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jared W. Allen
BEARD ST. CLAIR GAFFNEY PA
allen@beardstclair.com

                                                /s/ *W. Scott Zanzig*
                                                W. SCOTT ZANZIG
                                                Deputy Attorney General