UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREGORY GRAF, an individual, MARGUERITE SHAW, an individual, SUELLEN CARMAN, an individual, STEVEN THYBERG, an individual, and CAROLYN DESSIN, an individual,<br><br>   Plaintiffs,<br><br>v.<br><br>CHAD CHRISTENSEN, Idaho State Representative for Legislative District 32B and Candidate for Legislative District 35B.<br><br>   Defendant. | Case No. 4:22-cv-00212-DCN<br><br>**ORDER VACATING SCHEDULING ORDER DEADLINES AND GRANTING LIMITED STAY OF PROCEEDINGS** |

Before the Court is the parties' Stipulation to Vacate Scheduling Order Deadlines and to Grant Limited Stay of Proceedings. For the following reasons, the parties' stipulation is **GRANTED.**

The Court concludes that under Federal Rule of Civil Procedure 16(b), good cause exists to vacate the scheduling order deadlines, for the reasons expressed in the parties' stipulation. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607–10 (9th Cir. 1992).

The Court further concludes under *Landis v. North American Co.*, 299 U.S. 248, 254 (1936), that a limited stay of proceedings is appropriate, and that the three *Landis* factors support granting the limited stay, for the reasons expressed in the parties'

ORDER - 1

stipulation. *See CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (setting forth *Landis* factors); *see also Leyva v. Certified Grocers of Cal. Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

Accordingly, the Court enters the following ORDER:

1. The Court vacates the deadlines in the current scheduling order, Dkt. 15, and the deadlines expressed in the parties' discovery plan, section VI, Dkt. 14;

2. The Court enters a limited stay of proceedings in this matter, staying all proceedings until the United States Supreme Court issues decisions in *O'Connor-Ratcliff v. Garnier*, No. 22-324, and *Lindke v. Freed*, No. 22-611; and,

3. After the limited stay has concluded, the Court and parties will, within 30 days of the conclusion of the limited stay, schedule for another date a subsequent status and scheduling conference, where new scheduling deadlines can be set. The subsequent status and scheduling conference need not occur within 30 days of the conclusion of the limited stay, but will occur at a date and time convenient to the Court and the parties.

**IT IS SO ORDERED.**

DATED: November 2, 2023

David C. Nye
Chief U.S. District Court Judge

ORDER - 2